[No. 56847-7-I.   Division One.   April 9, 2007.]

SANDRA HARRIS, *Respondent*, v. THE DEPARTMENT OF
CORRECTIONS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-39913-2, Carol A. Schapira, J., entered
March 7 and August 12, 2005. *Reversed* and *remanded* by
unpublished opinion per Coleman, J., concurred in by Agid
and Becker, JJ.

[No. 56875-2-I.   Division One.   April 9, 2007.]

*In the Matter of the Marriage of* WILLIAM ENOCH BUTCHER,
*Respondent*, and ROSE BUTCHER, *Appellant*, LAURIE M.
BUTCHER, *Intervenor/Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 04-3-02805-3, Michael T. Downes, J.,
entered August 10, 2005. *Affirmed* by unpublished per
curiam opinion.

[No. 57019-6-I.   Division One.   April 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. HILL,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 04-1-01750-0, Kenneth L. Cowsert, J.,
entered September 9, 2005. *Affirmed in part* and *remanded*
by unpublished per curiam opinion.